IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MEREDITH OCHOA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:15-cv-03097-ELR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PROFESSIONAL PHOTO RESOURCES, INC. and JAMES E. MARKS | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff dismisses the above captioned action.

Respectfully submitted this 4th day of November, 2015.

THE LAW OFFICE OF BENJAMIN B. KANDY LLC

By: /s/ Benjamin B. Kandy

Benjamin B. Kandy
Georgia Bar No. 765357
Counsel for Plaintiff Ochoa

The Law Office of Benjamin B. Kandy LLC
534 Medlock Road
Suite 109
Decatur, Georgia 30030
Telephone: (678) 824-2251
Facsimile: (678) 401-0398
ben@bkandylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MEREDITH OCHOA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:15-cv-03097-ELR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PROFESSIONAL PHOTO | ) | |
| RESOURCES, INC. and | ) | |
| JAMES E. MARKS | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing document has been prepared in Times New Roman (14 point) and fully complies with the font and point selection requirements of LR 5.1(B), NDGA.  This is also to certify that I have this filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorney(s) of record.  A copy of this Notice of Voluntary Dismissal has also been sent via First Class mail to Defendants' last known addresses

**Professional Photo Resources Inc. c/o Registered Agent Joyce K. Marks**: 2235 Sidney Drive Gainesville GA, 30506

**James E. Marks**: 2235 Sidney Drive Gainesville GA, 30506

Submitted this 4th day of November, 2015.

                           THE LAW OFFICE OF BENJAMIN B. KANDY LLC

                                      By: /s/ Benjamin B. Kandy

                                              Benjamin B. Kandy
                                          Georgia Bar No. 765357
                                          Counsel for Plaintiff Ochoa

The Law Office of Benjamin B. Kandy LLC
534 Medlock Road
Suite 109
Decatur, Georgia 30030
Telephone:  (678) 824-2251
Facsimile:  (678) 401-0398
ben@bkandylaw.com